**Motion Granted; Appeal Dismissed and Memorandum Opinion filed October 6, 2020.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-20-00417-CV

---

## SIGNATURE CONCRETE OF HOUSTON, LLC AND CLAY HUDSON, Appellants

## V.

## SUNCOAST POST-TENSION LTD., Appellee

**On Appeal from the 164th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-12429**

## MEMORANDUM OPINION

This is an appeal from a judgment signed April 30, 2020. On September 18, 2020, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1 (a)(1). The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Spain, Hassan, and Poissant.